No. 46, Misc.   SKINNER v. ROBINSON, WARDEN.   Circuit Court of Lee County, Illinois.   Certiorari denied.

No. 47, Misc.   BRINK v. CRAWFORD COUNTY COURT OFFICIALS ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 51, Misc.   PITTS v. INDIANA.   Supreme Court of Indiana.   Certiorari denied.

No. 52, Misc.   LYLE v. EIDSON, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 54, Misc.   RICHARDSON v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 55, Misc.   PEKOVITCH v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 56, Misc.   BURGMAN v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. *James J. Laughlin* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 57, Misc.   BEATTY v. CLAUDY, WARDEN.   Supreme Court of Pennsylvania, Western District.   Certiorari denied.

No. 58, Misc.   NASH, ON BEHALF OF HASHIMOTO ET AL., v. MACARTHUR, GENERAL OF THE ARMY, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. *Simon J. Nash* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for respondents.